UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY RODRIGUEZ, | Case No. CV 07-5856-VBF(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| ROBERT HOREL, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 3-31-08

Valerie Baker Fairbank
United States District Judge